**Order entered October 31, 2019**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-18-00611-CV

**PANDA POWER GENERATION INFRASTRUCTURE FUND, LLC, D/B/A/ PANDA POWER FUNDS, ET AL., Appellants**

**V.**

**ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-16-0401**

## ORDER

The Court **GRANTS** appellants' unopposed motion to abate this appeal. Accordingly, this appeal is **ABATED** pending final disposition by the Supreme Court of Texas in *In re Panda Power Infrastructure Fund, LLC*, No. 18-0792, and *Electric Reliability Council of Texas v. Panda Power Generation Infrastructure Fund, LLC*, No. 18-0781, or until further order of this Court.

/s/     LANA MYERS
PRESIDING JUSTICE